No. 95–9193. PARKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9194. SHIMP *v.* KEYCORP MORTGAGE, INC. Ct. App. Ohio, Portage County. Certiorari denied.

No. 95–9195. POULLARD *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 95–9197. CLECKNER *v.* BELL ATLANTIC-MARYLAND, INC. Ct. Sp. App. Md. Certiorari denied.

No. 95–9198. BOONE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–9199. ALTIMUS *v.* PERRY, SECRETARY OF DEFENSE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–9200. BORCSIK *v.* JOHNSON, DIRECTOR OF THE NEW JERSEY OFFICE OF ATTORNEY ETHICS. Sup. Ct. N. J. Certiorari denied.

No. 95–9201. BIERLEY *v.* WALTERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MERCER. C. A. 3d Cir. Certiorari denied.

No. 95–9202. RHINEHART *v.* MARSHALL. C. A. 9th Cir. Certiorari denied.

No. 95–9204. ALLEN *v.* CLARKE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–9206. ALVER *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–9207. DICKERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9208. SEWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–9210. HINES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–9211. GARCIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.